The Honorable Michael S. Nachmanoff
United States District Court

Eastern District of Virginia
Re: United States v. Emmanuel Agyei Gyasi

Case No. 1:25-CR-280

Dear Judge Nachmanoff,

I write to express my sincere remorse and to accept full responsibility for my actions. I deeply regret my involvement in this offense and the harm that resulted from my decisions. There is no excuse for what I did, and I fully recognize that my conduct caused serious financial and emotional consequences for the victim.

I came to the United States at the discretion of my parents at age 14 with my sister. As a young teenager coming from Ghana, I had it in me to achieve my goals and live a life that would be respected by my family, friends and people around me. I have always tried to be helpful and have a positive impact on people no matter what background they may come from.

Since this case began, I have spent a great deal of time reflecting on the impact of my actions. Knowing that my choices contributed to the loss of savings that someone worked many years to build has weighed heavily on me. I am truly sorry for the hardship and stress that resulted from my conduct.

This experience has forced me to confront my failures in judgment and to reevaluate my values and priorities. I understand now how deeply trust can be damaged by dishonest actions, and I am ashamed that I failed to live according to the principles I was raised with after coming to the United States as a young teenager.

I am committed to moving forward with honesty and accountability. I intend to continue working lawfully and to make consistent efforts toward paying restitution and repairing the harm I caused to the extent that I am able. I understand that rebuilding trust will take time, and I am prepared to accept that responsibility.

I respectfully ask the Court to consider my acceptance of responsibility, lack of prior criminal history, and commitment to rehabilitation when determining a sentence that is sufficient but not greater than necessary.

I accept whatever sentence the Court believes is just. Thank you for your time and consideration.

Respectfully,
Emmanuel Agyei Gyasi