The Honorable Michael S. Nachmanoff

U.S. District Judge

Dear Judge Nachmanoff,

My name is Kwesi Poku. I am 31 years old, a father to a five-year-old son, and I work as a security officer. I also serve as the Youth Leader for Resurrection Power and Living Bread Ministry International, New Jersey Branch (NJ REPLIB). I am writing this letter in support of my cousin, Emmanuel A. Gyasi.

I first reconnected with Emmanuel in 2016 during my first visit to our aunt, Philomina Poku, in Romeoville, Illinois. Although we are cousins, that visit allowed me to truly observe his character firsthand. Despite his young age at the time, Emmanuel was diligently handling many of the daily errands and responsibilities for both our aunt Philo and his father. I was immediately impressed by his sense of duty and maturity.

Emmanuel is a compassionate and dependable individual. He has consistently demonstrated a strong work ethic and a willingness to help others without hesitation. What stood out most to me was not just that he helped, but the pride he took in doing so, no matter how small or demanding the task. His helpfulness was not occasional—it was a consistent part of who he is.

He attended Northern Illinois University, and I had the opportunity to visit him several times during his college years. Even there, his positive and easygoing personality preceded him. He was known among his peers as hardworking, reliable, and supportive. During one of my visits, I personally felt motivated by his discipline and focus. His dedication to academic excellence and his organized vision for his future inspired me to pursue my own Associate's degree in Accounting. Emmanuel has always encouraged those around him to strive for better. He often said that if he succeeded in life, he would carry the responsibility of helping others—but he believed that true success meant lifting everyone up together so that the burden of giving back would not rest on one person alone. That mindset reflects his selflessness and community-oriented values.

Emmanuel is caring, thoughtful, and committed to self-improvement. He is always eager to learn and expand his knowledge. He has positively influenced not only his family but also those within his academic and social circles. His reputation among those who know him is one of respect and admiration.

Although I have come to understand the case and the reason why he's being charged with a crime, my opinion of his character remains unchanged. I firmly believe that this offense does not define who he is as a person. I sincerely believe that if given a second chance, Emmanuel will learn from this experience and work diligently to correct his mistakes. He possesses the

discipline, humility, and determination necessary to grow from this situation and prove himself worthy of the Court's trust.

I respectfully ask the Court to consider the full scope of Emmanuel's character—his compassion, work ethic, leadership, and positive influence on others. He has greatness within him, and I strongly believe he deserves the opportunity to demonstrate that this incident does not represent the totality of his life or his future.

Thank you for your time and consideration.

Respectfully submitted,

Kwesi Poku