The Honorable Michael S. Nachmanoff
United States District Court
Eastern District of Virginia

Re: United States v. Emmanuel Agyei Gyasi
Case No. 1:25-CR-280

Dear Judge Nachmanoff,

My name is Augustine Asenso, and I am the father of Emmanuel Gyasi. I write this letter with humility and sincerity to share my perspective on my son's character and the important role he plays in my life, particularly as I face ongoing health challenges.

As his father, I have known Emmanuel his entire life. Long before this matter came before the Court, he has consistently been a caring, respectful, and compassionate son. He was raised to value honesty, responsibility, and respect for others, and throughout his life I have seen him strive to live according to those principles. While it deeply pains me to see him in this situation, I know this moment does not define the entirety of who he is.

I understand that the charges before this Court are serious and involve matters that require accountability and trust. I do not minimize the gravity of this situation. I also understand and respect that Emmanuel must accept responsibility for his actions and that the authority of this Court must be honored.

In all my years as his father, I have never known Emmanuel to be dishonest or to seek gain at the expense of others. He has never been someone who lived beyond his means or pursued money in a reckless or irresponsible way. This situation is deeply inconsistent with the values he was raised with and the character I have known throughout his life.

In recent years, my health has become increasingly difficult to manage. I suffer from chronic spinal pain and worsening eyesight, and I regularly attend hospital visits, physical therapy sessions, and appointments with pain management doctors. Because of my condition, I often require assistance to attend these appointments and remain consistent with my treatment. Emmanuel plays a significant role in helping me manage these responsibilities. He checks on me regularly, reminds me of appointments, and helps ensure that I am able to receive the medical care I need.

There have been many occasions when physical discomfort or weakness made it difficult for me to manage daily responsibilities on my own. Emmanuel's support has allowed me to remain consistent with my treatment and maintain stability in my health. As I grow older, having someone I trust to help guide and support me through my medical care has become increasingly important to my well-being.

Beyond practical assistance, Emmanuel provides emotional strength during difficult moments. He listens with patience, speaks with respect, and encourages me to remain hopeful and

committed to my recovery. His presence brings reassurance during a stage of life that can otherwise feel uncertain.

I respectfully ask the Court to consider Emmanuel's character, his lifelong values, and the important role he plays in supporting my health and well-being when determining an appropriate sentence. I firmly believe this experience has had a profound impact on him and that he will move forward with greater wisdom, caution, and integrity.

Thank you for your time and thoughtful consideration.

Sincerely,

Augustine Asenso
Bolingbrook, IL
Phone: 6█████████
Email: a███████████
Father of Emmanuel Gyasi